IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TYSHEE FEATHERSTONE,

    Plaintiff,

vs.

CITY OF CHICAGO; and
CITY OF CHICAGO POLICE SERGEANT
JAMES SAJDAK, STAR #1058,

    Defendants.

No. 19 CV 7795

Hon. S. Coleman

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

| | |
|---|---|
| TYSHEE FEATHERSTONE, a/k/a<br>Timothy Featherston, an individual<br><br>/s/ _T. Feathers_____<br>Timothy Featherston, Plaintiff<br><br>DATE: 4/14/2020<br>Address: 1241 V. Washburn<br>Chicago, IL 60608<br>Date of birth: 6/24/79<br>*SSN: _____<br><br>/s/ _____<br>Christopher R. Smith, Esq.<br>Attorney for Plaintiff Featherstone<br><br>Christopher R. Smith Law Office<br>53 W. Jackson Blvd., Suite 856<br>Chicago, Illinois 60604<br>(312) 432-0400<br>Attorney No. 6201953<br>FEIN: 47-1529658<br>DATE: 4/16/2020<br><br>**JAMES SAJDAK, an individual**<br><br>/s/ _James Sajdak_____<br>James Sajdak, Defendant<br><br>DATE: 4/20/20<br><br>/s/ _____<br>James Thompson, Esq.<br>Counsel for James Sajdak<br><br>Grace & Thompson<br>311 W. Superior Street, Suite 215<br>Chicago, Illinois 60654<br>(312) 943-0600<br>Attorney No. 6067B<br>DATE: 4/20/20 | **CITY OF CHICAGO,**<br>**a Municipal Corporation**<br><br>MARK A. FLESSNER<br>Corporation Counsel<br>Attorney for City of Chicago<br><br>By: _____<br>Caroline Fronczak<br>Deputy Corporation Counsel<br><br>City of Chicago, Law Department<br>Federal Civil Rights Litigation Division<br>30 North LaSalle Street, Suite 900<br>Chicago, Illinois 60602<br>(312) 744-5126<br>Attorney No. 6284817<br><br>DATE: 4/7/2020<br><br>/s/ _____<br>Anthony J. Masciopinto<br>Counsel for the City of Chicago<br><br>Kulwin, Masciopinto & Kulwin, LLP<br>161 N. Clark Street, Suite 2500<br>Chicago, Illinois 60601<br>(312) 641-0300<br>Attorney No. 43132<br><br>DATE: 4/17/20 |