# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TYSHEE FEATHERSTONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 19 CV 7795 |
| vs. | ) |
| | ) Hon. S. Coleman |
| | ) |
| CITY OF CHICAGO; and | ) |
| CITY OF CHICAGO POLICE SERGEANT | ) |
| JAMES SAJDAK, STAR #1058, | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Tyshee Featherstone, represented by her attorney Christopher Smith, Defendant James Sajdak, represented by his attorney James Thompson, and Defendant City of Chicago, represented by its attorney Mark A. Flessner, Corporation Counsel of the City of Chicago, the Court being otherwise fully advised in the premises, orders as follows:

All of the claims of Plaintiff Featherstone against Defendant Sajdak and Defendant City of Chicago are hereby dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of this order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

ENTER:_____
The Honorable Sharon Coleman
United States District Judge

DATED:_____